| | |
|---|---|
| Jefferson County Combined Court, Colorado<br>Jefferson County Combined Court, Colorado<br>Court Address: 100 Jefferson County Parkway, Golden, CO 80401 | DATE FILED: September 21, 2023 10:59 AM<br>FILING ID: 633B6F89AB58B<br>CASE NUMBER: 2023CV31264 |
| Plaintiff:<br>**JOSEPH TOTH,** individually,<br><br>v.<br><br>Defendant:<br>**SONESTA INTERNATIONAL HOTELS CORP.,** a Maryland corporation, a/k/a **SONESTA SIMPLY SUITES DENVER FEDERAL CENTER** a/k/a **SONESTA SIMPLY SUITES DENVER WEST** a/k/a **SONESTA SIMPLY SUITES DENVER.** | ↑COURT USE ONLY↑<br>**Case Number:** |
| Attorney or Party Without Attorney:<br>Name: Tamás Viski-Hánka<br>Address: 501 S. Cherry St., Suite 480<br>             Denver, CO 80246<br>Phone Number: (303) 913-3091<br>Fax Number   : (303) 265-9478<br>E-mail: tvhlaw@hotmail.com<br>Atty. Reg. #: 18439 | Ctrm.:          Div.: |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD-PARTY COMPLAINT** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third-party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ☒ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

**EXHIBIT 2**

2

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38.

Date: __September 21, 2023__                    ___s/Tamas Viski-Hanka_____

*Attorney for Plaintiff Joseph Toth*

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third-party complaint.

22003.1/pleadings/civilcover

2