IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02694-KAS

**JOSEPH TOTH**,

    Plaintiff,

v.

**SONESTA INTERNATIONAL HOTELS CORP.**
a/k/a **SONESTA SIMPLY SUITES DENVER FEDERAL CENTER** a/k/a **SONESTA SIMPLY SUITES DENVER WEST** a/k/a **SONESTA SIMPLY SUITES DENVER,**

    Defendant.

## STIPULATED MOTION TO DISMISS

Subject to the Court's approval, and pursuant to Fed.R.Civ.P. 41(a)(A)(ii), the within parties, through undersigned counsel, hereby stipulate and jointly move to have the captioned action dismissed with prejudice, each party to bear their respective shares of costs and attorneys' fees.

Respectfully submitted this 3rd day of March, 2025.

| | |
|---|---|
| */s/ Tamas Viski-Hanka* | */s/ Andrew T. Hepworth* |
| Tamas Viski-Hanka | Andrew T. Hepworth |
| 501 S. Cherry St., Suite 480 | Cozen O'Connor |
| Denver, CO 80246 | 707 17th Street, Suite 3100 |
| Telephone: 303-913-3091 | Denver, Colorado 80237 |
| *Facsimile:* 303-265-9478 | Telephone: 720-479-3900 |
| E-mail: tvhlaw@hotmail.com | Facsimile: 720-539-7883 |
| *Attorneys for Plaintiff* | E-mail: AHepworth@cozen.com |
| | *Attorneys for Defendant, Sonesta International Hotels Corp.* |

2

## Certificate of Service

I hereby certify that on this March 3, 2025, I served the foregoing Notice of Settlement upon the parties herein by electronic filing using the CM/ECF system, and/or by depositing a true and exact copy of same in the United States mail, postage prepaid, addressed to:

Andrew T. Hepworth, Esq.
Joseph E. Okon, Esq.
E-Mail: ahepworth@cozen.com
          jokon@cozen.com

*Attorneys for Defendant*

   /s/ Tamás Viski-Hánka

22003.1/toth/pleadings/stipmtndismiss

2