IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02694-KAS

JOSEPH TOTH, individually,

    Plaintiff,

v.

SONESTA INTERNATIONAL HOTELS CORP., a Maryland corporation, also known as Sonesta Simply Suites Denver Federal Center, also known as Sonesta Simply Suites Denver West, also known as Sonesta Simply Suites Denver,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Stipulated Motion to Dismiss** [#42] (the "Motion"). Although framed as a motion, the parties seek dismissal of this suit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which applies to dismissals not requiring a Court order to be effective. In other words, the parties have filed a self-effectuating stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), and Plaintiff's claims were dismissed with prejudice as of the filing of the parties' stipulation. Thus, no order is necessary. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#42] is **DENIED as moot**. The Clerk of Court is **directed** to terminate this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Dated: March 20, 2025